**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LESLIE J. WEISS, as Receiver for The Nutmeg/ )
Fortuna Fund, LLLP )
                                  Plaintiff, )    No. 10 CV 6371
v. )    Judge Blanche M. Manning
                                   )
INTEGRATED FREIGHT SYSTEMS, INC., )
                                Defendant. )

**MEMORANDUM AND ORDER**

This matter coming before the court on the Federal Rule of Civil Proceudre 55 Motion for Default Judgment filed by plaintiff Leslie J. Weiss, as Receiver of the Nutmeg/Fortuna Fund LLP ("the Fund"), notice having been provided to all entitled thereto, the court being advised in the premises,

**IT IS HEREBY ORDERED:**

1. The defendant's registered agent was served with the complaint and summons on November 24, 2010, but to date the defendant has failed to answer or otherwise plead. Accordingly, the court enters an order of default against defendant Integrated Freight Systems, Inc.

2. The defendant has defaulted on a one-year Note due and owing to the Fund under the terms of the Note, which matured on May 15, 2010.

3. The principal owed is $167,000.00, plus interest and attorneys' fees as allowed by the Note

4. Regular, non-default interest is owing on the note in the amount of $13,360, calculated at a rate of 8% per annum.

5. Upon maturity, the rate of interest increased to 18%, compounded daily, or $82.356 per diem. Between May 16, 2010 and February 16, 2011, 277 days have elapsed resulting in $22,812.61 in default interest.

6. Therefore, as of February 16, 2011, the Fund is owed $203,172.61 (comprised of $167,000 in principal, $13,360 in regular interest, plus $22,812.61 in default interest).

**ACCORDINGLY**, judgment in the amount of $203,172.61 is entered against defendant Integrated Freight Systems, Inc. The plaintiff shall file any motion for attorneys' fees no later than March 4, 2011, and shall serve the motion on the defendant. The defendant may respond no later than March 25, 2011. As the issue of attorneys' fees is collateral to the judgment on the merits, the clerk is directed to enter a Rule 58 judgment and terminate this case from the court's docket.

ENTER:

DATE: February 16, 2011

_____
Blanche M. Manning
United States District Judge