# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Leslie J Weiss, *as the Receiver for the Nutmeg/Fortuna Fund, LLLP* <br> *Plaintiff* <br> v. <br> Integrated Freight Systems, Inc. <br> *Defendant* | Civil Action No. 10 C 6731 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Judgment in the amount of $203,172.61 is entered against defendant Integrated Freight Systems.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Blanche M. Manning on a motion for default judgment.

Date: Feb 16, 2011

Michael W. Dobbins, Clerk of Court

/s/ Robbie T. Hunt

*Signature of Clerk or Deputy Clerk*